UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>WILLIAM CLINTON PALMER, JR.,<br><br>              Defendant. | No. CR-07-176-WFN<br><br>ORDER GRANTING DEFENDANT'S<br>UNOPPOSED MOTION TO MODIFY |

The Defendant's unopposed Motion to Modify conditions of release having been read and considered,

**IT IS ORDERED** the unopposed Motion **(Ct. Rec. 22)** is **GRANTED**. The condition of release requiring Defendant to be supervised at all times by a responsible adult is lifted. All other conditions of release in the court's prior Order remain in place.

DATED January 17, 2008.

                            S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1