UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-07-176-WFN |
| Vs. | ) | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY |
| WILLIAM C. PALMER, III, | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the Defendant's Motion to Modify. The supervising U.S. Probation Officer opposes the modification to release conditions proposed by Defendant, except to permit attendance at his daughter's graduation ceremony. See Report dated May 22, 2007. The Motion to Modify Conditions of Release having been read and considered,

**IT IS ORDERED** that the Motion **(Ct. Rec. 47)** is **GRANTED in part and DENIED in part.** Defendant may attend the high school graduation ceremony of his daughter between the hours of 4:30 p.m. and 10:30 p.m., on June 6, 2008. Defendant shall not attend the graduation party at Doug Countryman's home on June 7, 2008. Additionally, Defendant shall not permit his niece, Jacinda Agee, to stay at his residence. All other conditions of release shall

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY - 1

1  remain in place.

2       DATED May 27, 2008.

3                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY - 2