PROB 12C
(7/93)

Report Date: January 8, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer        Case Number: 0980 2:07CR00176-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 15, 2008

Original Offense:        Receipt of Child Pornography, 18 U.S.C. § 2252A

Original Sentence:       Prison 84 months; TSR - Life        Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Aine Ahmed                          Date Supervision Commenced: March 20, 2015

Defense Attorney:        TBD                                 Date Supervision Expires: Life

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Palmer was asked and then directed to allow this officer to complete a walk through of a trailer located on his property on January 7, 2016. This officer returned to the address on January 8, 2016, and the defendant again refused to allow the this officer to conduct a search of the trailer. |
| 2 | **Special Condition # 14**: You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search.<br><br>**Supporting Evidence**: See violation #1. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Palmer, William Clinton**
**January 8, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 8, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/8/2016

Date