PROB 12C  
(6/16)

Report Date: March 2, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer, III     Case Number: 0980 2:07CR00176-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: October 15, 2008

| | |
|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A |
| Original Sentence: | Prison - 84 months<br>TSR - life |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence:<br>January 29, 2016 | Prison - 7 months<br>TSR - life |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Federal Defenders Office |

Date Supervision Commenced: February 9, 2017

Date Supervision Expires: Life

## PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 8**: The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Use, acquisition, or possession of marijuana with or without a physician's prescription is prohibited.

     **Supporting Evidence**: On February 23, 2017, Mr. Palmer violated his conditions of supervised release in Spokane, Washington, for introducing contraband into the Thomas S. Foley U.S. Courthouse. Mr. Palmer entered the Thomas S. Foley U.S. Courthouse on February 23, 2017, and was found to be in possession of marijuana and drug paraphernalia.

2     **Standard Condition # 3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

     **Supporting Evidence:** On March 1, 2017, Mr. Palmer was directed by the undersigned officer to report to the Spokane Residential Reentry Center (RRC) on March 2, 2017, to

begin his public law placement. Mr. Palmer arrived at the RRC, on March 2, 2017, then immediately absconded, minutes after arriving. His current whereabouts are unknown and it appears Mr. Palmer has absconded from supervision.

3  **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment

**Supporting Evidence:** On March 2, 2017, Mr. Palmer absconded from the RRC and his current whereabouts are unknown. He has yet to inform the undersigned officer of his current living situation.

4  **Standard Condition # 8**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence:** Mr. Palmer violated his conditions of supervision in Spokane, Washington, for being in possession of marijuana on March 2, 2017. According to RRC staff, Mr. Palmer was found to be in possession of marijuana upon his arrival at the RRC. He absconded from the RRC shortly after he was found to be in possession of the marijuana, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/02/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/3/2017

Date