PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

Report Date: April 26, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4/26/17

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer, III  Case Number: 0980 2:07CR00176-SAB-1

Address of Offender: Unknown, Spokane, Washington

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: October 15, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 84 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence<br>January 27, 2016 | Prison - 7 months<br>TSR - Life | |
| Revocation Sentence<br>April 5, 2017 | Prison - credit for time served,<br>up until April 10, 2017, 39 days<br>TSR - Life | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 10, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: Life |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: Mr. Palmer violated his conditions of supervised release in Spokane, Washington, by absconding from the Spokane Residential Reentry Center (RRC), on or about April 23, 2017. On April 5, 2017, the Court held a supervised release violation hearing. The Court was notified that Mr. Palmer had placement at the RRC, on April 10, 2017. The Court ordered U.S. Probation to transport Mr. Palmer to the RRC, on April 10, |

2017, to ensure his arrival. On April 10, 2017, the undersigned officer transported Mr. Palmer to the RRC. On April 12, 2017, Mr. Palmer reported to the U.S. Probation Office and his conditions of supervision were reviewed. Mr. Palmer signed his conditions, acknowledging he understood. On April 26, 2017, the undersigned officer received a phone call from Mr. Palmer's case manager at the RRC, and the undersigned officer was informed that Mr. Palmer walked away from the RRC in the early morning hours of April 23, 2017, and never returned. Mr. Palmer's current whereabouts are unknown, and it appears he has absconded from supervision.

**Special Condition #10:** You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising probation officer.

**Supporting Evidence:** Mr. Palmer violated his conditions of supervised release in Spokane, Washington, for failing to register as a sex offender. Effective April 10, 2017, Mr. Palmer's address was registered at the RRC, located at 3614 East Ferry Avenue, in Spokane, Washington. On April 12, 2017, Mr. Palmer reported to the U.S. Probation Office and his conditions of supervision were reviewed. The offender signed his conditions acknowledging he understood. On April 23, 2017, Mr. Palmer absconded from the RRC and never returned. The undersigned officer contacted the Spokane County Sheriff's Office, on April 26, 2017, and was advised that Mr. Palmer had not registered a new address since he left the RRC on April 23, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/26/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/26/2017

Date