Report Date: June 22, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Clinton Palmer, III | Case Number: 0980 2:07CR00176-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 15, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 84 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>January 27, 2016 | Prison - 7 months<br>TSR - Life | |
| Revocation Sentence:<br>April 5, 2017 | Prison - 39 days<br>TSR - Life | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: Life |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/26/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 20, 2017, Mr. Palmer violated his conditions of supervised release by being indicted on a new federal charge, Failure to Register, in violation of 18 U.S.C. § 2250(a).<br><br>On April 12, 2017, Mr. Palmer's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervised release, to include mandatory condition number 1, as noted above.<br><br>On June 20, 2017, Mr. Palmer was indicted on new federal charges for failing to register, |

in violation of 18 U.S.C. §2250(a).  Mr. Palmer appeared before the Honorable Mary K. Dimke, U.S. Magistrate Judge, on June 21, 2017, for an initial appearance and arraignment.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 06/22/2017 |
| | s/Corey M. McCain |
| | Corey M McCain<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

6/23/2017
Date