PROB 12C
(6/16)

Report Date: November 21, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer            Case Number: 0980 2:07CR00176-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: October 15, 2008

Original Offense:         Receipt of Child Pornography, 18 U.S.C. § 2252A

Original Sentence:        Prison - 84 months            Type of Supervision: Supervised Release
                          TSR - life

Revocation Sentence:      Prison - 7 months
January 29, 2016          TSR - life

Revocation Sentence:      Prison - 5 months
October 17, 2019          TSR - Life

Asst. U.S. Attorney:      Stephanie A. Van Marter        Date Supervision Commenced: November 12, 2019

Defense Attorney:         Matthew A Campbell             Date Supervision Expires: Life

## PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1                   **Special Condition #12**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

                    **Supporting Evidence**: On November 21, 2019, William Palmer violated the conditions of his supervision by absconding from the residential reentry center (RRC) where he was residing on public law status.

                    On November 13, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Palmer as outlined in the judgement and sentence. He signed a copy acknowledging the requirements. During that

Prob12C
**Re: Palmer, William Clinton**
**November 21, 2019**
**Page 2**

intake, Mr. Palmer was also notified that he was approved to reside at the RRC effective November 19, 2019.

On November 19, 2019, the undersigned officer contacted the RRC to inquire if Mr. Palmer had reported as instructed and was informed that the offender had not reported. After the close of business that date, this officer went to the House of Charity shelter where Mr. Palmer was located waiting in line. This officer instructed the offender to immediately report to the RRC and was provided with the address and phone number of the facility, as well as directions. Later that evening, this officer received notification that Mr. Palmer had reported as instructed.

On November 21, 2019, this officer received notification from the RRC that the offender "slow rolled himself out the front door of (the) facility without saying a word;" he was subsequently placed on abscond status. As of the writing of this report, Mr. Palmer's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/22/2019

Date