PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 02, 2020**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer, III         Case Number: 0980 2:07CR00176-SAB-1

Address of Offender:         Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 15, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 84 Months;<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 27, 2016) | Prison - 7 Months;<br>TSR - Life | |
| Revocation Sentence:<br>(April 5, 2017) | Prison - 39 Days;<br>TSR - Life | |
| Revocation Sentence:<br>(January 11, 2018) | Prison - 255 Days;<br>TSR - Life | |
| Revocation Sentence:<br>(October 16, 2019) | Prison - 5 Months;<br>TSR - Life | |
| Revocation Sentence:<br>(December 16, 2019) | Prison - 4 Months;<br>TSR - Life | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 20, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: N/A |

## PETITIONING THE COURT

**To issue a SUMMONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
Re: Palmer III, William Clinton
October 2, 2020
Page 2

**Supporting Evidence**: Mr. William Palmer is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about September 22, 2020, based on urinalysis testing and the client's admission of such use.

On March 25, 2020, the undersigned officer reviewed conditions of supervised release relative to 2:07CR00176-SAB-1 with Mr. Palmer telephonically. Mr. Palmer indicated he understood all conditions as ordered by the Court and the conditions were signed electronically by the undersigned officer on his behalf and with his approval given the current COVID-19 pandemic. Specifically, Mr. Palmer was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances, to include marijuana.

On September 22, 2020, the undersigned officer received a voice mail from Pioneer Human Services urinalysis testing staff in Spokane who advised that the client had reported to their facility on the day in question to submit to urinalysis testing, although they did not have a referral to complete the requested services. The undersigned officer subsequently contacted the staff member in question and advised that Mr. Palmer had not been directed to report on the day in question, which is why a referral had not been completed. Given that the client had already reported, staff were provided approval to allow the client to submit to urinalysis testing.

Testing staff later verified on the day in question that the client had in fact submitted to urinalysis testing, the result of which reflected as being presumptive positive for marijuana. Staff indicated Mr. Palmer had advised staff that someone had likely placed the substance in his cigarette, and on September 23, 2020, a drug use admission form was received by the provider in which the client had signed his name and checked the box indicating he admitted to using marijuana as previously occurring on or about September 21, 2020. On September 28, 2020, lab confirmation was received relative to the client's submitted urinalysis test, in which the sample was confirmed as being positive for marijuana metabolite.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 2, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Palmer III, William Clinton
October 2, 2020
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/02/2020
Date