PROB 12C
(6/16)

Report Date:  December 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer, III          Case Number: 0980 2:07CR00176-SAB-1

Address of Offender:                                                  Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 15, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 84 Months;<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 27, 2016) | Prison - 7 Months;<br>TSR - Life | |
| Revocation Sentence:<br>(April 5, 2017) | Prison - 39 Days;<br>TSR - Life | |
| Revocation Sentence:<br>(January 11, 2018) | Prison - 255 Days;<br>TSR - Life | |
| Revocation Sentence:<br>(October 16, 2019) | Prison - 5 Months;<br>TSR - Life | |
| Revocation Sentence:<br>(December 16, 2019) | Prison - 4 Months;<br>TSR - Life | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 20, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: N/A |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/2/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

Prob12C
**Re: Palmer III, William Clinton**
**December 15, 2020**
**Page 2**

**Supporting Evidence**: Mr. William Palmer is alleged to have violated standard condition number 13 by failing to contact the undersigned officer as previously directed on December 14, 2020.

On March 25, 2020, the undersigned officer telephonically reviewed conditions of supervised release relative to 2:07CR00176-SAB-1 with Mr. Palmer. Mr. Palmer indicated he understood all conditions as ordered by the Court and the conditions were signed electronically by the undersigned officer on his behalf and with his approval given the current COVID-19 pandemic. Specifically, Mr. Palmer was made aware by his U.S. probation officer that he was required to follow all instructions provided to him by the undersigned officer related to his conditions of supervised release.

Specifically, on July 2, 2020, Mr. Palmer was directed by the undersigned officer to begin calling in every Monday to check in with the undersigned officer as to his current level of progress within the community. It should be noted that Mr. Palmer has since the original directive been reminded of the obligation on numerous occasions by the undersigned officer, to which Mr. Palmer consistently commits. Mr. Palmer was most recently reminded of the requirement on December 10, 2020, during a home contact conducted with the client at his current residence, to which he again committed to fulfilling the obligation, and specifically to contacting the undersigned officer on Monday, December 14, 2020.

Mr. Palmer has since failed to contact the undersigned officer as previously directed on December 14, 2020.

4      **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. William Palmer is alleged to have violated special condition number 12 by ingesting marijuana as previously occurring on December 8, 2020, based on the client's admission of such use.

On March 25, 2020, the undersigned officer telephonically reviewed conditions of supervised release relative to 2:07CR00176-SAB-1 with Mr. Palmer. Mr. Palmer indicated he understood all conditions as ordered by the Court and the conditions were signed electronically by the undersigned officer on his behalf and with his approval given the current COVID-19 pandemic. Specifically, Mr. Palmer was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances, to include marijuana.

Specifically, on December 10, 2020, Mr. Palmer was contacted by the undersigned officer at his current residence, in part, as a result of his continued failure to respond to messages left for the client by the undersigned officer at his current place of residence. It should be noted that Mr. Palmer does not have a cell phone as of the date of this report, and that messages as left for the client with his current housing provider remain the only avenue for seeking contact with Mr. Palmer. As a part of the contact on December 10, 2020, Mr. Palmer was questioned as to his previously alleged violation conduct as reported to the Court in the petition dated December 2, 2020.

Prob12C
**Re: Palmer III, William Clinton**
**December 15, 2020**
**Page 3**

Specifically, when questioned as to his alleged and continued failure to attend urinalysis testing as directed, Mr. Palmer responded indicating that he likely did so as he was likely using marijuana at the time of testing. Mr. Palmer was then questioned about any continued use of marijuana, at which time Mr. Palmer admitted to ingesting marijuana most recently on Tuesday, December 8, 2020, advising a third party had provided him with a cigarette while out front of the building which he later learned had marijuana in it. Mr. Palmer advised that he did not intentionally ingest the substance, and advised he was committed to no longer accepting cigarettes from other parties.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 15, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

12/16/2020

Date